# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Case No. 18-cr-240

UNITED STATES OF AMERICA,

    v.

GS CALTEX CORPORATION,

    Defendant.
_____/

## NOTICE OF APPEARANCE

Please take notice that Ryan Tansey of the Antitrust Division of the Department of Justice hereby enters his appearance as counsel on behalf of the United States in the above-captioned matter. The Clerk of Court is requested to send copies of all notices pertaining to this matter to the undersigned counsel.

| | |
|---|---|
| Date: November 16, 2018 | Respectfully Submitted, |
| | /s/ Ryan D. Tansey |
| | Ryan D. Tansey |
| | Trial Attorney, Antitrust Division<br>United States Department of Justice<br>450 5th Street, N.W., Suite 11300<br>Washington, DC 20530<br>Tel: (202) 532-4156<br>Fax: (202) 514-6525<br>Ryan.Tansey@usdoj.gov |

**Certificate of Service**

      I hereby certify that a true and correct copy of the foregoing was electronically filed and served by the CM/ECF system on all counsel of record.

                                                      /s/ Ryan D. Tansey
                                                      Ryan D. Tansey