# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Case No. 18-cr-240

UNITED STATES OF AMERICA,

    v.

GS CALTEX CORPORATION,

    Defendant.

_____/

## **NOTICE OF APPEARANCE**

Please take notice that Carolyn Sweeney of the Antitrust Division of the Department of Justice hereby enters her appearance as counsel on behalf of the United States in the above-captioned matter. The Clerk of Court is requested to send copies of all notices pertaining to this matter to the undersigned counsel.

Date: November 16, 2018

Respectfully Submitted,

/s/ Carolyn M. Sweeney
Carolyn M. Sweeney

Trial Attorney, Antitrust Division
United States Department of Justice
450 5th Street, N.W., Suite 11300
Washington, DC 20530
Tel: (202) 598-8685
Fax: (202) 514-6525
Carolyn.Sweeney@usdoj.gov

## Certificate of Service

      I hereby certify that a true and correct copy of the foregoing was electronically filed and served by the CM/ECF system on all counsel of record.

                                              /s/ Carolyn M. Sweeney
                                                Carolyn M. Sweeney