IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                            **NOTICE**

v.                                           Case No. 2:18-cr-240
                                                **CHIEF JUDGE SARGUS, JR.**

**GS CALTEX CORPORATION,**

        **Defendant.**

**TAKE NOTICE** that a proceeding in this case has been **RESET** for the place, date, and time set forth below:

Place:  United States District Court        **COURTROOM #2**
         Joseph P. Kinneary U.S. Courthouse
         85 Marconi Boulevard             **December 12, 2018 at 2:30 P.M.**
         Columbus, Ohio 43215

TYPE OF PROCEEDING: **ARRAIGNMENT ON INFORMATION**

If Defendant is on bond, it is the responsibility of counsel to notify the defendant of the hearing, date, location and time.

                                              **EDMUND A. SARGUS, JR.**
                                              **UNITED STATES CHIEF DISTRICT JUDGE**

DATE:  November 26, 2018

                                              /s /   Christin M. Werner
                                              (By) Christin M. Werner, Deputy Clerk