# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

UNITED STATES OF AMERICA,

      v.                              Case No. 18-cr-240

GS CALTEX CORPORATION,

          Defendant.
_____/

## **NOTICE OF APPEARANCE**

Please take notice that Katherine H. Stella of the Antitrust Division of the Department of Justice hereby enters her appearance as counsel on behalf of the United States in the above-captioned matter. The Clerk of Court is requested to send copies of all notices pertaining to this matter to the undersigned counsel.

Date: November 30, 2018                          Respectfully Submitted,

                                                            /s/ Katherine H. Stella
                                                             Katherine H. Stella

                                                             Trial Attorney, Antitrust Division
                                                            United States Department of Justice
                                                            450 5th Street, N.W.
                                                            Washington, DC 20530
                                                            Tel: (202) 514-2462
                                                           Katherine.stella@usdoj.gov

## Certificate of Service

      I hereby certify that a true and correct copy of the foregoing was electronically filed and served by the CM/ECF system on all counsel of record.

                                        /s/ Katherine H. Stella
                                          Katherine H. Stella