IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GS CALTEX CORPORATION,

    Defendant.

Case No. 2:18-cr-240
CHIEF JUDGE EDMUND A. SARGUS, JR.

## ORDER

For good cause shown, the Motion for Admission *pro hac vice* of Daniel G. Swanson is GRANTED, conditional upon registration for electronic filing with this Court, or seeking leave to be excused from do so, within fourteen (14) days of date of this Order. (ECF No. 13.)

**IT IS SO ORDERED.**

12-11-2018
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE