# CRIMINAL MINUTES

2:18-cr-240
USA v. GS Caltex Corporation
Representative from GS Caltex Corporation: J.I. Roh

# ARRAIGNMENT ON INFORMATION

**Hearing held on Wednesday, 12/12/2018
2:30 p.m
before Chief Judge Edmund A. Sargus, Jr.**

For Govt: Katherine Stella, Ryan Tansey & Carolyn Sweeney

For Deft: James Wilson, Jr. & Scott Hammond

Court Reporter: Shawna Evans

Interpreter: Namhee Lee

Courtroom Deputy: Christin Werner

    Defendant plead guilty to count 1 of the Information.
    PSR Ordered.