IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,                                      NOTICE

    v.                                             Case No. 2:18-cr-240
                                                    CHIEF JUDGE SARGUS, JR.

GS CALTEX CORPORATION,
    Defendant.

       **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

**Place:**     United States District Court        **COURTROOM # 2**
              Joseph P. Kinneary U.S. Courthouse
              85 Marconi Boulevard                **April 24, 2019 at 10:00 A.M.**
              Columbus, Ohio 43215

TYPE OF PROCEEDING:    **SENTENCING HEARING**

**The following schedule is established:**
(a) Any sentencing memorandum may be filed no later than 10 days prior to sentencing;
(b) If such memorandum is filed, the opposing side may file a memorandum in opposition no later than 5 days prior to sentencing;
(c) Motions under U.S.S.C. § 3553(e) or U.S.S.C. §5K1.1 must be filed at least 5 days prior to sentencing
(d) No other memoranda or motions pertaining to sentencing shall be filed without leave of court.

                                                      **EDMUND A. SARGUS, JR.**
                                                        **UNITED STATES CHIEF DISTRICT JUDGE**
DATE:   March 8, 2019

                                                         /s /   Christin Werner
                                                     (By) Christin Werner, Deputy Clerk

Counsel noticed via CM/ECF